FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL FISCHER,<br><br>               Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a corporation,<br><br>               Defendant. | No.   2:22-cv-00152-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, **IT IS HEREBY ORDERED**:

**1.** The parties' Protective Order, **ECF No. 9**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order.

//

//

//

//

//

//

//

ORDER ADOPTING PROTECTIVE ORDER – 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of July 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge