FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL FISCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>BNSF RAILWAY COMPANY, a corporation,<br><br>    Defendant. | No. 2:22-CV-00152-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

    A motion hearing was held on October 16, 2023 via videoconference. Plaintiff was represented by Scott Levy. Defendant was represented by Andrew Mitchell. Before the Court is Defendant's Motion and Memorandum for Protective Order Re: Discovery Sequencing, ECF No. 41.

    Defendant moves the Court to enter a protective order which sequences certain discovery. For the reasons stated on the record, the Court denied the motion. This Order memorializes the Court's oral rulings.

//
//
//
//
//
//

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** # 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion and Memorandum for Protective Order Re: Discovery Sequencing, ECF No. 41, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 17th day of October 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** # 2