FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL FISCHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY, a corporation,<br><br>　　　　Defendant. | No. 2:22-CV-00152-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Motion to Dismiss, ECF No. 94. The parties ask the Court to dismiss the case with prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order of Dismissal of Defendant with Prejudice and Without Costs, ECF No. 94, is **GRANTED**.

//
//
//
//
//
//

**ORDER OF DISMISSAL # 1**

2.  The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close the file**.

**DATED** this 26th day of March 2025.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**